IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. SCHOENFELD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-442 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| PALAMERICAN SECURITY, INC., | ) | |
| *successor in interest to* CRITERION | ) | |
| HEALTHCARE SECURITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 58 JUDGMENT ORDER

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, FINAL JUDGMENT is hereby entered.  This case has been marked closed.


February 15, 2019               s\Cathy Bissoon
                                Cathy Bissoon
                                United States District Judge

cc (via ECF email notification):

All Counsel of Record