IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. SCHOENFELD | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-442 |
| | ) | |
| | ) | Judge Cathy Bissoon |
| PALAMERICAN SECURITY, INC., | ) | |
| Successor in interest to CRITERION | ) | |
| HEALTHCARE SECURITY, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

AND NOW, this 15th day of February, 2019, upon consideration of Plaintiff's Motion for Attorney's Fees and Pre- and Post-Judgment Interest (Doc. 21), it is hereby ORDERED that Plaintiff's Motion is GRANTED, in part, and DENIED, in part, as follows:

A. Plaintiff is awarded $___$13,330.00___ in reasonable attorney's fees;

B. Plaintiff's request for pre- and post-judgment interest is DENIED.

s\Cathy Bissoon
Cathy Bissoon
United States District Judge